**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**FARMERS INSURANCE EXCHANGE**
As Subrogee of Lucy Wynn,                                              **Plaintiff**

v.                                                                  No. 4:05cv269-GHD-EMB

**WHIRLPOOL CORPORATION,**                                              **DEFENDANT**

## ORDER

This cause comes before the Court upon the application [doc. 27] of Suzanne C. Radcliff, Esq., for admission *pro hac vice* herein for the limited purpose of representing Plaintiff. Having duly considered counsel's application, I find counsel has failed to submit a certificate of good standing from the United States district court of her jurisdiction in accordance with Local Rule 83.1(A)(2)(a). Therefore, the applicant shall have until September 5, 2006, to complete her application, or it shall be denied.

**SO ORDERED** this 22nd day of August, 2006.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**